UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

SHAEL CRUZ, *on behalf of himself and all others similarly situated*,

         Plaintiff,

  -against-

DESIGN KOLLECTIVE, LLC,

         Defendant.

------------------------------------x

ORDER

20 Civ. 1901 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The initial conference is adjourned from June 17, 2020 to September 16, 2020 at 9:30 am.

Dated: New York, New York
   June 8, 2020

               SO ORDERED.

               GEORGE B. DANIELS
               United States District Judge