**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
SHAEL CRUZ, *on behalf of himself and all others similarly situated*, :
:
Plaintiff, :  ORDER
:
-against- :  20 Civ. 1901 (GBD) (KHP)
:
DESIGN KOLLECTIVE, LLC, :
:
Defendant. :
------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The January 13, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Katherine H. Parker for General Pretrial Supervision.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge