```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                              Plaintiff,                    20-CV-1901 (GBD) (KHP)

            -against-                         **ORDER ADJOURNING INITIAL
                                                                  CASE MANAGEMENT
DESIGN KOLLECTIVE, LLC,                         CONFERENCE**

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Voluntary Dismissal filed on February 25, 2021 (doc. no 11) the Initial Case Management Conference currently scheduled for **March 8, 2021** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                   February 25, 2021

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge